AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

MAR 9 2020 AM 9:56
FILED-USDC-CT-NEW HAVEN

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:20-MJ-238 (RMS) |
| Robert Phelps | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/12/2019__ in the county of __Litchfield__ in the District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threaten to assault and murder a U.S. official |
| 18 U.S.C. § 875(c) | Interstate threats |

This criminal complaint is based on these facts:
See attached Affidavit of Daniel Heether, Special Agent, Federal Bureau of Investigation (FBI).

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Heether, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/06/2020

/s/ Robert M. Spector
*Judge's signature*

City and state: New Haven, Connecticut

Hon. Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*