UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:20MJ238(TOF) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MICHAEL PHELPS | : | December 22, 2021 |

## MOTION TO DISMISS COMPLAINT

The United States Government respectfully files this motion, pursuant to Rule 48(a), Fed. R. Crim. P., seeking the dismissal of the pending criminal complaint in the captioned case.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct03192
157 Church Street, 25th Floor
New Haven, Connecticut 06510
(203) 821-3742
Peter.Jongbloed@usdoj.gov


This motion to dismiss the complaint is granted / denied
this ___ day of December 2021.

_____
THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE